# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

JERED EDWARD FRANKE,

       Petitioner,

   v.

ALLISON K TYDRICH-FRANKE;
WM. ANDREW SHARP, District Attorney;
EDWARD TYDRICH;
DIANE TYDRICH and
Corporation Counsel of Richland County Attorney,
BEN SOUTHWICK,

       Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 09-cv-102-slc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants with prejudice.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____4/6/09_____
Date